UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10139GAO

JOSEPH BRYANT, )
)
Plaintiff )
)
v. )
)
METROPOLITAN LIFE )
INSURANCE CO., )
)
Defendant. )
)

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1), plaintiff Joseph Bryant and defendant Metropolitan Life Insurance Company stipulate that all claims be dismissed, with prejudice, and with each side to bear its own costs.

METROPOLITAN LIFE INSURANCE CO.
By its attorney,

_____
Stephen S. Churchill (BBO # 564158)
CONN KAVANAUGH ROSENTHAL
PEISCH & FORD, LLP
Ten Post Office Square
Boston, MA 02109
617-482-8200

JOSEPH BRYANT
By his attorney,

_____
Daniel S. Casper
Lakeside Office Park
599 North Avenue, Suite 7
Wakefield, MA 01880
781-224-1177

Dated: 3/12/04

193583.1

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 3/12/04

# CONN KAVANAUGH ROSENTHAL PEISCH & FORD, LLP

COUNSELLORS AT LAW

Ten Post Office Square, Boston, Massachusetts 02109

Tel: (617) 482-8200

Fax: (617) 482-6444

THOMAS E. PEISCH
BOB B. ROSENTHAL
JAMES F. KAVANAUGH, JR.
RUSSELL F. CONN
GEORGE M. FORD
JAMES B. PELOQUIN
BARRY E. GOLD
THOMAS J. GALLITANO
CHRISTOPHER J. PETRINI
JAMES GRAY WAGNER
ERIN K. HIGGINS
STEPHEN S. CHURCHILL
STEVEN E. GURDIN
MICHAEL T. SULLIVAN

KURT B. FLIEGAUF
RONALD M. JACOBS
CAROL A. STARKEY
JENNIFER M. NORTON
JAY P. SYMONDS
SARA L. GOODMAN
MICHAEL R. BERNARDO
CARA A. FAUCI
JOHANNA L. MATLOFF
AMY C. STEWART
BETH A. NUZZO
MELISSA J. RICHARD

WRITER'S DIRECT DIAL: (617) 348-8214
E-MAIL: SCHURCHILL@CKRPF.COM

March 12, 2004

Civil Clerk's Office
United States District Court
for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210

RE:   Joseph Bryant v. Metropolitan Life Insurance Co.
      Civil Action No. 04-10139GAO

Dear Sir or Madam:

Enclosed for filing in the above referenced matter, please find the following:

- Stipulation of Dismissal.

Thank you for your assistance.

Very truly yours,

Stephen S. Churchill

SSC/mjp/5182-022
Enclosure
cc:   Daniel S. Casper, Esq. (w/enc.)